FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 25 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES KELLY, <br><br> Plaintiff, <br><br> v. <br><br> REED HOLTGEERTS, et al., <br><br> Defendants. | Case No. C08-261 MJP <br><br> ORDER OR DISMISSAL |

The Court, having reviewed Plaintiff's Amended Complaint in this 42 U.S.C. § 1983 civil rights action (Dkt. No. 11), Defendants' motion for summary judgment (Dkt. No. 30), Plaintiff's motion for summary judgment (Dkt. No. 27), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 38), Plaintiff's objections to that recommendation (Dkt. No. 40), Defendants' response (Dkt. No. 41), and all papers submitted in support thereof, the Court hereby ADOPTS the Report and Recommendation. Plaintiff's objections do not substantively challenge the legal premises on which Magistrate Judge Tsuchida bases his recommendation for granting Defendants' motion for summary judgment.

Defendants' motion for summary judgment is hereby GRANTED and Plaintiff's motion for summary judgment is hereby DENIED. Plaintiff's complaint (Dkt. No. 11) is DISMISSED with prejudice.

The Clerk is directed to send a copy of this order to all counsel of record and mail a copy to Plaintiff, and to send a copy to Magistrate Judge Brian Tsuchida.

Dated: November 25, 2008.

Hon. Marsha J. Pechman

ORDER — 1

08-CV-00261-ORD